IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SANDRA J. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 12-00694-WS-N |
| | ) | |
| CAROLYNN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the Order entered this day, it is **ORDERED**, **ADJUDGED** and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff's benefits is hereby **AFFIRMED.**

**DONE** this 5th day of December, 2013.

                                                              **s/WILLIAM H. STEELE**
                                                              **CHIEF UNITED STATES DISTRICT JUDGE**